**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  LAVERNE L. OTT                                    Case Number: 04-75452
635 ASHLAND AVENUE              SSN-xxx-xx-7054
ROCKFORD, IL  61103

Case filed on:    11/2/2004
Plan Confirmed on:    1/7/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $13,608.36         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | LAVERNE L. OTT | 0.00 | 0.00 | 20.01 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 20.01 | 0.00 |
| 001 | US BANK/RETAIL PAYMENT SOLUTIONS | 30,326.30 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 30,326.30 | 0.00 | 0.00 | 0.00 |
| 002 | NORTHWEST BANK OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ELAN/FIRSTAR CARD SERVICES | 11,352.08 | 11,352.08 | 11,352.08 | 0.00 |
|  | Total Unsecured | 11,352.08 | 11,352.08 | 11,352.08 | 0.00 |
|  | Grand Total: | 43,042.38 | 12,716.08 | 12,736.09 | 0.00 |

Total Paid Claimant:      $12,736.09
Trustee Allowance:        $872.27          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   100.00           discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer   
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007          By  /s/Heather M. Fagan